## ATTACHMENT A
### Statement of Facts

*The United States and Defendant Katherine Noelle NASH stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

At all relevant times to this case, Defendant **KATHERINE NOELLE NASH ("NASH")** was a resident of Montgomery County, Maryland.

On or about September 8, 2013 and September 9, 2013, **NASH** distributed nine videos depicting prepubescent minors to an undercover Montgomery County Police officer through a file sharing program. The following are examples of the videos that NASH distributed:

**9 yo willing sister with 20 yo brother fuck & cum(1).mpg** – in this video, a prepubescent female undresses and touches her vagina with her hands and inserts an object into her vagina. As the video progresses, the prepubescent female performs oral sex on a male and the male touches the prepubescent female's vagina with his erect penis. (1:59 in length)

**Katy.mpg** – in this video, an adult male touches a naked prepubescent female's genitalia with his hands and erect penis. As the video progresses, the adult male performs oral sex on the prepubescent female. (2:08 in length)

The transmission of the above-described videos of child pornography using an internet-based file sharing program that NASH had loaded on her computer constitutes the transportation of child pornography in and affecting interstate commerce.

On or about October 23, 2013, a search warrant was executed at **NASH's** residence in Burtonsville, Maryland. During the execution of the search warrant, **NASH** was interviewed and admitted to possessing and distributing child pornography using a file-sharing program. Law enforcement officers seized the computer NASH identified as her computer, a Toshiba Satellite laptop, bearing serial number 8B120776Q, and other electronic devices, including another Toshiba Satellite computer, bearing serial number 3D218732Q.

The forensic examination of NASH's computer (serial number 8B120776Q) revealed 12 images and one (approximately 1 minute in length) video file depicting **NASH** engaging in sexual acts with a 5-year old child, ████████████ The video depicts **NASH** digitally penetrating the child's vagina. The 12 images depict **NASH's** digital penetration of the child's vagina and the child laying on her stomach with her buttocks exposed.

On February 20, 2014, **NASH** was consensually interviewed. During the interview, **NASH** admitted that the video and image files depicting the sexual assault of the young girl were taken by her, and that it was her who digitally penetrated the child. She identified the child by name ████████████

11

On February 22, 2014, NASH was again consensually interviewed. During this interview, NASH admitted ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that the assault occurred in the summer of 2012 ▮▮▮▮▮▮▮▮▮▮ at a residence in Silver Spring, Maryland. She admitted that the video and images were taken using the Toshiba Satellite laptop computer's (serial number 8B120776Q) camera. ▮▮▮▮▮▮▮▮▮

In addition, the examination of NASH's laptop computer revealed an iPhone backup file that included a conversation between "urs2have katherine nash" and an unknown subject discussing NASH's sexual assault 

The Toshiba Satellite laptop computer (serial number 8B120776Q) used to record the images was not manufactured in the state of Maryland. Therefore, the videos were produced using materials that had been transported in interstate commerce.

The forensic review of NASH's computer (serial number 8B120776Q) further revealed, under the user name "Noelle," 37 files containing child pornography, including the video files distributed by NASH to the undercover officer in September 2014. The following are examples of videos possessed by NASH:

10yr mandy little cousin pthc young cousin sucking my cock sweetly(2).avi – in this video, a prepubescent female performs oral sex on an adult male. As the video progresses, the adult male's penis touches the prepubescent female's vagina. (13:01 in length)

J nina de 11 anos sexo oral(2).mpg – in this video, a prepubescent female undresses and performs oral sex on an adult male. (1:39 in length)

Pursuant to identification by the National Center for Missing and Exploited Children, multiple images were identified as depicting known victims and therefore depict actual minors engaged in sexually explicit conduct. Moreover, NASH downloaded or copied the images and videos depicting children engaged in sexually explicit conduct onto her computer using the Internet and therefore the images and videos traveled in interstate commerce.

Preliminary forensic analysis of NASH's second Toshiba Satellite laptop computer (serial number 3D218732Q) also revealed approximately 190 images and videos depicting children engaged in "sexually explicit conduct" within the meaning of 18 U.S.C. § 2256(2)(A).

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

_10/2/14_
Date

Katherine Noelle Nash

11/6/14

I am Katherine Noelle Nash's attorney. I have carefully reviewed every part of this Statement of Facts with her. To my knowledge, her decision to sign it is an informed and voluntary one.

_10/2/14_
Date

John Chamble, Esq.

11/6/14

13