1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3                       SOUTHERN DIVISION

4

5   UNITED STATES OF AMERICA,      ) CRIMINAL
                                   ) NO. DKC-14-0318
6            Plaintiff,            )
                                   )
7   v.                             )
                                   )
8   KATHERINE NOELLE NASH,         )
                                   )
9            Defendant.            )

10                   TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE DEBORAH K. CHASANOW
11               UNITED STATES DISTRICT JUDGE
            MONDAY, JANUARY 12, 2015; 2:00 P.M.
12                    GREENBELT, MARYLAND

13  FOR THE PLAINTIFF:

14           OFFICE OF THE UNITED STATES ATTORNEY
             BY:  KELLY O'CONNELL HAYES, ESQUIRE
15           BY:  KRISTI NOEL O'MALLEY, ESQUIRE
             6406 Ivy Lane
16           Suite 800
             Greenbelt, Maryland  20770
17           (301) 344-4433

18  FOR THE DEFENDANT:

19           OFFICE OF THE FEDERAL PUBLIC DEFENDER
             BY:  JOHN CHAMBLE, ESQUIRE
20           BY:  AMY STEFFAN FITZGIBBONS, ESQUIRE
             6411 Ivy Lane
21           Suite 710
             Greenbelt, Maryland  20770
22           (301) 344-0600

23
    OFFICIAL COURT REPORTER:
24  Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227

25    ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

1          THE COURT:  Good afternoon.

2          (Counsel reply, "Good afternoon, Your Honor.")

3          THE COURT:  Please be seated.

4      Ms. Hayes.

5          MS. HAYES:  Good afternoon, Your Honor.  *United*

6  *States of America vs. Katherine Noelle Nash*, Criminal No.

7  DKC-14-318.  The case is called for a sentencing.

8      I am Kelly Hayes on behalf of the United States.  I am

9  joined by my colleague, Kristi O'Malley.

10         MS. FITZGIBBONS:  Good afternoon, Your Honor.  Amy

11 Fitzgibbons and John Chamble on behalf of Ms. Nash, who is

12 present.

13         THE COURT:  Okay.  Very good.  All right.  Let me

14 review the papers that I have.  The presentence report came to

15 me on or about December 30th of 2014.  After that, on January

16 5th, I received the government's first letter.  On January 8th,

17 I received a letter dated the 7th from the defense with some

18 attachments, along with a motion to seal.  And then I have

19 received today an additional letter from the government, and we

20 also have a motion for order of forfeiture.

21     Is that everything that I should have received in

22 writing?

23         MS. FITZGIBBONS:  Yes, Your Honor.

24         MS. HAYES:  That's correct, Your Honor.

25         THE COURT:  Okay.  I don't know who to address here,

1   but, Counsel, have you had an opportunity to review that

2   presentence report with Ms. Nash?

3           MS. FITZGIBBONS:  We have, Your Honor, the initial.

4           THE COURT:  And are there any issues with regard to

5   the contents of the report?

6           MS. FITZGIBBONS:  No, Your Honor.

7           THE COURT:  Are the guidelines as had been

8   contemplated by the parties?  I think they are, although the

9   report calculates separately -- no.  I think it says you had

10  anticipated.  Is that right?

11          MS. FITZGIBBONS:  Yes.

12          MS. HAYES:  I believe so, Your Honor.

13          THE COURT:  Okay.  Then we have a 38 and a one.

14      All right.  Some of this material has come in quite

15  recently despite the fact that any psychological report was due

16  to be presented to the government at least 30 days before

17  sentencing.

18      The parties' agreed-upon disposition is quite -- either a

19  departure or a variance.  I am not quite sure what the parties

20  believe it should be calculated as and I have had a very

21  limited amount of time to review the material.  So I am happy

22  to hear from you today, but I am not agreeing that I can

23  necessarily decide today what to do either about the parties'

24  plea agreement or ultimately the sentencing issues that remain.

25          So, is anyone to speak today?  Do we have any witnesses?

1          MS. HAYES:  Your Honor, I believe we may have, but if

2    I may just have a moment to confer?

3          THE COURT:  Mm-hmm.

4           MS. HAYES:  Thank you.

5      Your Honor, we had anticipated that the victim's

6    grandmother and the victim's father were going to be here to

7    testify.  Unfortunately, due to transportation issues, they

8    have not been able to make it today.

9          THE COURT:  Okay.  Anyone from the defense side?

10          MS. FITZGIBBONS:  No, Your Honor.

11          THE COURT:  All right.  The way I see it, there

12   really are two issues.  One, the parties need to advise me as

13   to why the agreed-upon disposition under Rule 11(c)(1)(C) that

14   relates only to the length of incarceration should be accepted

15   by the Court.  If I decide to do so, then we have the issue of

16   supervised release, both the duration and the conditions for

17   that.

18      The probation office has recommended something that I

19   gather the defense takes issue with, and I guess -- was this an

20   expedited report so you didn't know?  It wasn't.  You saw the

21   proposal or do they not include the recommended --

22          MS. FITZGIBBONS:  We don't get the conditions until

23   the final report, so we received the conditions when -- on the

24   29th when the final report is prepared.

25          THE COURT:  Okay.

1    MS. FITZGIBBONS:  Although the conditions are the

2  standard conditions.

3    THE COURT:  Right.

4    And you knew the government was going to be seeking a

5  lifetime term of supervised release at least at the time of the

6  plea?

7    MS. FITZGIBBONS:  I think that's fair, Your Honor.

8    THE COURT:  So, anyway, that's coming in pretty late.

9    So, again, I don't know how far we can get because I need

10  to have confidence in whatever decision I ultimately reach.

11    Who wants to go first on why I should accept the proposed

12  disposition?

13    MS. HAYES:  Your Honor, the government is happy to go

14  first.  Before I start, I do want to emphasize that there is a

15  state court proceeding in which Ms. Nash is set to plead guilty

16  and be sentenced to a sexual assault charge, and that's set for

17  Friday of this week.

18    THE COURT:  I thought it was the 27th?

19    MS. HAYES:  I -- let me double check that.  One

20  moment, please.

21    MS. FITZGIBBONS:  It is -- I don't know if it was

22  previously the 27th, but I did speak with her state attorney

23  and it is this Friday, Your Honor.

24    MS. HAYES:  Your Honor, that is my -- I have --

25  according to the plea memorandum that was attached to the -- I

1  am confused myself, Your Honor.  According to the plea

2  memorandum that I attached to my sentencing memorandum, it says

3  that there is a matter scheduled for January 16th at 2:15 at

4  1:30 p.m. (sic).  It might have been for purposes of a writ

5  because I do understand from my other communications with the

6  ASA in state court that they were hoping to schedule it when

7  the trial was originally scheduled, which I believe is January

8  27th.  So perhaps defense counsel will have more information on

9  that.

10         MS. FITZGIBBONS:  It is on Friday, Your Honor.  When

11  I filed the sentencing memo, I just wanted to confirm and to

12  make sure that you had any information that you might need from

13  the state side, but it is this Friday, although I got the

14  sense, from talking to Ms. Nash's state public defender, that

15  the Court there is really waiting anxiously to see what the

16  Court does, and I don't imagine -- I know the government has

17  issues with the writ -- that there would be a lot of resistance

18  to moving the state sentencing if the Court felt like it needed

19  more time, and that's what I would ask.

20         THE COURT:  Would you check with the marshal and find

21  out if they have a writ?

22         MS. HAYES:  I do believe a writ was requested.  I

23  have had conversations with my assistant regarding it, but we

24  might as well check with the marshals.

25         THE COURT:  Well, why would you be issuing the writ?

1          MS. HAYES:  No, Your Honor.  We were coordinating

2     with the state.  The state would have issued the writ, Your

3     Honor.

4          THE COURT:  All right.  Go ahead.

5          MS. HAYES:  So I will move forward.

6          Your Honor, the government does, recognizing that it is a

7     significant variance or departure from the guidelines

8     calculation, the government does, after a very careful

9     consideration, believe that eight years of imprisonment,

10    followed by a lifetime term of supervised release, is the

11    appropriate resolution of this matter.

12         The government recognizes that this is a very unusual and

13    unique set of circumstances when calculating all of the 3553 --

14    or considering all of the 3553 factors.

15         Starting first with the nature and circumstances of the

16    offense, the government does not dispute that the conduct set

17    forth in the plea agreement is absolutely egregious.  Clearly,

18    Ms. Nash -- and before I move on, I wonder if it makes sense,

19    Your Honor, to have some of the -- this argument set under

20    seal?  I don't know who is present in the courtroom, but it may

21    be a consideration before I go into too many details.

22         THE COURT:  Okay.

23         MR. CHAMBLE:  Your Honor, in the courtroom is my

24    client's aunt, but we would ask that, for the representations

25    that are about to be made, that we seal the courtroom.

1        THE COURT:  And excuse her?

2        MR. CHAMBLE:  For the limited period that is going to

3    discuss sensitive matters.

4        THE COURT:  All right.  The parties have requested

5    that I exclude anyone not immediately involved in the court

6    proceedings during the next phase of this sentencing.  I find

7    that there are compelling reasons to do so and ask that you

8    remain outside.  We will, just as quickly as possible, alert

9    you, and you can return once this phase is completed.  Just a

10   second, please.

11       (It is the policy of this court that every guilty plea

12   and sentencing proceeding include a bench conference concerning

13   whether the defendant is or is not cooperating.)THE COURT:

14   Here she comes.  All right.  Go ahead.

15       THE DEFENDANT:  Your Honor, first off, I am so deeply

16   sorry for the things that I have done that have caused me to

17   become incarcerated.  In high school, I was the chief of our

18   school newspaper.  I was active in sports.  I never got in

19   trouble, never had detention, never was suspended.  I was a B

20   student.

21       I had big dreams, wanted to go on to college, but I also

22   had a really difficult childhood growing up.  And instead of

23   getting -- seeking proper treatment like I should have, I just

24   suppressed everything, and, like a volcano, I just exploded

25   into terrible decisions.

1          I am not going to sit here and try to make excuses for my

2    actions, and I understand that actions do have consequences.  I

3    take full responsibility for everything that I have done.

4          But I would like to have a second chance.  I really know

5    that -- I know that I need treatment, and, right now, that's

6    the most important to me.  And when I say "treatment," I mean

7    getting to the root of my issues.

8          I know I have some demons that I need to confront.  I'd

9    like to go on to become a public speaker, an activist for

10   adults who have been abused as children to kind of stop the

11   cycle.

12         Unfortunately, I guess I kind of repeated the cycle, and

13   the fact that I hurt my own child is something that I will

14   probably never get over.  I don't ever want to go back to being

15   that person ever again, and if it means having to go through

16   therapy for the rest of my life, I am okay with doing that.  I

17   just really want to get better.  I am not a bad person.  I just

18   made some really bad decisions.  And I feel like I can be a

19   productive member of society going forward.

20         I want to try to channel all of this time and try to do

21   something positive with it.  I promise you you will never see

22   my face again in this courtroom.  I just really want a second

23   chance to try to be a better person.

24         THE COURT:  Thank you.

25         Ms. Nash is before the Court for sentencing on Count

1  Three and Four of the indictment: transportation of child

2  pornography and possession of child pornography.

3      The guideline calculation encompasses conduct that was

4  acknowledged in the Statement of Facts and encompassed in a

5  count that she did not plead to, which is kind of ironic here,

6  I suppose.  The conduct will be the subject, I understand, of

7  the state court proceedings.

8      The parties have presented the Court with a partially

9  agreed-upon resolution or disposition; that is, the parties

10 have jointly proposed that despite guidelines that approach the

11 statutory maximum, that the Court impose an imprisonment

12 sentence of eight years, or 96 months.

13     The parties have not agreed upon a length of supervised

14 release, although they appear to be at least approaching

15 agreement on the description of the special conditions that

16 should be imposed.

17     Although the plea contemplated potentially a

18 departure-type request, the parties have actually presented

19 this to me in the context of a variance, so I will not address

20 the guideline departure requirements directly.

21     This is, I believe, I don't want to say "unique" without

22 searching my recollection more thoroughly, but close to a

23 unique case from my perspective.

24     The cases such as this, charges such as this almost

25 always have an aspect of psychological difficulty.  That almost

1  goes without saying, in my view, in terms of the nature of the

2  conduct.  What's different here is an agreement among all

3  parties, Probation included, I believe, based upon their

4  recommendation, that there is a recognition that the background

5  and experience of Ms. Nash means that she deserves a much lower

6  sentence than the guidelines might otherwise suggest.

7       And I am, too, taken with the conclusion of the

8  psychological report that I was provided, as well as by the

9  presentation of counsel and Ms. Nash's very articulate

10 allocution today.

11      Accordingly, I will agree to be bound by the proposed

12 sentence of eight years incarceration as set forth in the plea.

13 And I will acknowledge, I didn't necessarily think I was going

14 to when I came in today, this might have been the first "(c)"

15 plea that I at least took longer to think about than the one

16 sentencing hearing, but I am now persuaded that there is reason

17 to believe that the psychological trauma experienced by

18 Ms. Nash can be addressed by her, because it will take help,

19 but she is the one who needs to address it in such a way that

20 we can conclude that it is not necessary for the protection of

21 the public in any way to keep her incarcerated for as long as

22 the guidelines might otherwise suggest and that such a longer

23 sentence is not necessary for the other goals of sentencing

24 either, that is, punishment, promoting respect for law, nor, in

25 this context, is deterring others, unfortunately, possible;

1  that is, people who experience the psychological trauma and

2  results that Ms. Nash has are unlikely to be deterred by the

3  difference between an eight-year and a 20-year sentence, if at

4  all.

5       So I will agree and have agreed now to be bound, and I do

6  impose, accordingly, concurrent sentences of 96 months on

7  Counts Three and Four.

8       On the other hand, I do not agree with the defense that I

9  can, today, put a limit on the length of supervised release in

10  terms of years.  I would, at a minimum, conclude that 25 years

11  from today would be the minimum that the law -- or that I

12  really should impose given the guidelines and the five-year

13  mandatory, but I -- I am not going to limit it.

14       I am going to place you on supervised release for life

15  and ask that the probation office, because I am not sure that

16  any of us here are necessarily going to be the ones making

17  decisions, flag this as a case where at least the sentencing

18  judge would expect that something short of that might be

19  possible and that, at the very least, the level of supervision

20  can be stepped back as time goes on with no violations.

21       And Ms. Nash needs to know, as well, that whether these

22  particular attorneys are still available when the time comes,

23  that Courts can entertain requests to terminate supervised

24  release early.  And that's because, I don't know, that's what I

25  was concerned about from the beginning is do we now have

1  reliable, or, not reliable, but confidence that we do have the

2  tools to address your problems in a way that can give us

3  confidence that we'll succeed, and I don't know that anybody

4  has that answer or could.  And that's primarily why I am going

5  to place you on supervised release for life.  That will be on

6  the normal and ordinary conditions of supervision.

7        And in addition, I will direct that you participate in a

8  mental health treatment program approved by the probation

9  officer, which will include evaluation, counseling, and

10 testing.

11        They have asked and I will require that you provide them

12 with access to requested financial information.  I see valiant

13 attempts at employment, but perhaps, shall we say, limited

14 success in developing career aspirations.  And finances, while

15 they didn't necessarily contribute to the offenses here, will

16 be a continuing issue, so I am going to ask that you provide

17 them with the financial information so that they can help you

18 with that aspect of the future.

19        You are not to use computer systems, Internet capable

20 devices, or similar electronic devices without the prior

21 approval of the probation officer.  I am going to direct that

22 they presumptively grant permission for employment or

23 educational purposes, as we have talked about today, but you

24 will cooperate with monitoring of the -- any computer use.

25 And, today, that would include participating in a computer and

1    Internet monitoring program, identifying computer systems,

2    Internet capable devices, and/or similar electronic devices

3    that you have access to, and allowing the installation of

4    monitoring software or hardware at your expense and permitting

5    random, unannounced examinations of computer systems, Internet

6    capable devices, and similar electronic devices under your

7    control.

8            And that's what we were talking about that the monitoring

9    is less available for other people's computers.

10           MR. CHAMBLE:  Your Honor --

11           THE COURT:  Mm-hmm.

12           MR. CHAMBLE: -- just on the computer monitoring at

13   the defendant's expense, in light of the fact that she's had a

14   --

15           THE COURT:  Yeah.

16           MR. CHAMBLE: -- a sporadic employment history --

17           THE COURT:  Probation will have the discretion and

18   they often excuse that financial obligation.  Okay?

19           MR. CHAMBLE:  Thank you.

20           THE COURT:  Yeah.  Yeah.  We will see where we are.

21   If I don't put it in, they can't consider it.

22           You will comply with the requirements of the Sex Offender

23   Registration and Notification Act.  The probation officer will

24   direct and the law requires that you register with the state

25   sex offender registration agency where you live, work, go to

1   school, or where you are convicted, so that means the Maryland

2   law will apply, and Ms. Fitzgibbons tells me that her

3   understanding is that will be for the rest of your life, and it

4   is also a condition of supervised release.  Don't run afoul of

5   that requirement.  That's not a reason you want to come back to

6   see someone like me.

7          You will participate in a sex offender treatment program

8   as directed by the probation officer.  You will follow the

9   rules and regulations of that treatment program.  I believe

10  that is an important aspect of your future treatment, and if

11  things go well, they will back that off if they don't see the

12  need.

13         You will not have any contact with any victim or witness

14  in this case by any means, including in person, by mail, by

15  telephone, or via any device capable of connecting to the

16  Internet or through any third parties unless approved by the

17  probation officer.  If any contact, intentional or otherwise,

18  occurs, you will immediately leave, if it's in person, and

19  report the contact to the probation officer within 24 hours.

20         You will have no contact with persons under the age of 18

21  unless approved by the probation officer.  You will not

22  congregate or loiter near anyplace frequented primarily by

23  children under the age of 18, such as schools, school parks,

24  school playgrounds, amusement parks -- I think that encompasses

25  what we are looking for -- unless approved by the probation

1    officer.  Again, any unauthorized contact with persons under

2    the age of 18, whether intentional or not, will be reported to

3    the probation officer within 24 hours.

4        Now, this provision does not encompass persons under the

5    age of 18 with whom you must deal in order to obtain ordinary

6    and usual commercial services.  This is only, you know, the

7    playground type issue here.

8        And, finally, you will not have access to any adult or

9    child pornography while you are on release.

10       There will be no fine, but I do impose the special

11   assessment of $100 per count, a total of $200.  This is money

12   that goes into a fund to help people who are victims of crime

13   and, for that reason, have financial problems that they didn't

14   otherwise have.

15       And, in addition, I will sign the order of forfeiture

16   concerning the Toshiba Satellite laptop -- two computers, two

17   different serial numbers.  That's it, right?  Just the two

18   computers?

19              MS. HAYES:  That's correct, Your Honor.

20              THE COURT:  What have I forgotten?

21              MS. FITZGIBBONS:  Your Honor, could you recommend

22   that she be designated to FMC Carswell?

23              THE COURT:  Oh, absolutely.  I am trying to make sure

24   I touched everything I needed to on the supervised release

25   conditions.

1          So I will prepare and enter, then, this judgment in

2     writing and copies will go out electronically.

3          And other than the Carswell recommendation, any other

4     recommendations for the Bureau of Prisons?

5          MS. FITZGIBBONS:  I think, in the alternative, we

6     have some concerns about her security designations, so we would

7     say FCI Aliceville.

8          THE COURT:  Aliceville.  That's the new one, isn't

9     it?

10         MS. FITZGIBBONS:  Yes, Your Honor.

11         THE COURT:  Okay.

12         THE DEPUTY CLERK:  Dismissal of counts.

13         THE COURT:  Counts One and Two?

14         MS. HAYES:  That's correct, Your Honor.  The

15    government moves to dismiss Counts One and Two of the

16    indictment.

17         THE COURT:  Finally, Ms. Nash, you gave up, I think,

18    almost all of your rights to appeal, but let me advise you that

19    an appeal would have to be noted in writing within two weeks of

20    today, so talk that over promptly with your attorneys because

21    they would help you by filing a notice of appeal if that's what

22    you decide to do.

23         And, finally, I will note in the judgment that you will

24    not, at least we don't expect that you will be getting credit

25    back to March 11th, 2014, the state sentence, whenever that is

1  imposed, so that you should receive credit on this sentence

2  back there.

3      I, obviously, appreciate the diligence with which counsel

4  and the probation office have addressed the concerns that have

5  brought us together.

6      Ms. Nash, it's a tough several years that you are going

7  to experience.  I understand, even in terms of the detention,

8  that it has been very difficult given the reaction of the

9  people you are with.  You, so far, have demonstrated the desire

10  and ability to remain as positive as the circumstances permit.

11  Don't minimize, though, the difficulty of what you do face, but

12  if your resolve continues, then I think you will show all of us

13  that this was a very good decision and a reasonable method of

14  going forward.

15          THE DEFENDANT:  Thank you.

16          THE COURT:  You have begun to recognize, you know,

17  what your misfortune has already inflicted on people you love,

18  and just keep that central, that you don't want, in any way,

19  shape, or form to contribute to that in the future.

20          THE DEFENDANT:  Yes, ma'am.

21          THE COURT:  All right.  Is there anything further

22  that we need to do?

23          MS. HAYES:  No, Your Honor.  Thank you.

24          MS. FITZGIBBONS:  No.

25          THE COURT:  All right.  If not, that completes this

1    proceeding.   Thank you.

2         (The proceedings were concluded at 3:31 p.m.)

1                          C E R T I F I C A T E

2

3          I, Renee A. Ewing, an Official Court Reporter for

4    the United States District Court for the District of Maryland,

5    do hereby certify that the foregoing is a true and correct

6    transcript of the stenographically reported proceedings taken

7    on the date and time previously stated in the above matter;

8    that the testimony of witnesses and statements of the parties

9    were correctly recorded in machine shorthand by me and

10   thereafter transcribed under my supervision with computer-aided

11   transcription to the best of my ability; and that I am neither

12   of counsel nor kin to any party in said action, nor interested

13   in the outcome thereof.

14

15                      Renee A  Ewing

16

17                      Renee A. Ewing, RPR, RMR, CRR
                        Official Court Reporter
18                      August 14, 2020

19

20

21

22

23

24

25

## $

**$100** [1] - 16:11
**$200** [1] - 16:11

## 1

**11(c)(1)(C** [1] - 4:13
**11th** [1] - 17:25
**12** [1] - 1:11
**14** [1] - 20:17
**16th** [1] - 6:3
**18** [4] - 15:20, 15:23, 16:2, 16:5
**1:30** [1] - 6:4

## 2

**20-year** [1] - 12:3
**2014** [2] - 2:15, 17:25
**2015** [1] - 1:11
**2020** [1] - 20:17
**20770** [2] - 1:16, 1:21
**24** [1] - 15:19, 16:3
**25** [1] - 12:10
**27th** [3] - 5:18, 5:22, 6:8
**29th** [1] - 4:24
**2:00** [1] - 1:11
**2:15** [1] - 6:3

## 3

**30** [1] - 3:16
**301** [3] - 1:17, 1:22, 1:24
**30th** [1] - 2:15
**344-0600** [1] - 1:22
**344-3227** [1] - 1:24
**344-4433** [1] - 1:17
**3553** [2] - 7:13, 7:14
**38** [1] - 3:13
**3:31** [1] - 19:2

## 5

**5th** [1] - 2:16

## 6

**6406** [1] - 1:15
**6411** [1] - 1:20

## 7

**710** [1] - 1:21
**7th** [1] - 2:17

## 8

**800** [1] - 1:16
**8th** [1] - 2:16

## 9

**96** [2] - 10:12, 12:6

## A

**ability** [2] - 18:10, 20:11
**able** [1] - 4:8
**absolutely** [2] - 7:17, 16:23
**abused** [1] - 9:10
**accept** [1] - 5:11
**accepted** [1] - 4:14
**access** [3] - 13:12, 14:3, 16:8
**according** [2] - 5:25, 6:1
**accordingly** [2] - 11:11, 12:6
**acknowledge** [1] - 11:13
**acknowledged** [1] - 10:4
**Act** [1] - 14:23
**action** [1] - 20:12
**actions** [2] - 9:2
**active** [1] - 8:18
**activist** [1] - 9:9
**addition** [2] - 13:7, 16:15
**additional** [1] - 2:19
**address** [4] - 2:25, 10:19, 11:19, 13:2
**addressed** [2] - 11:18, 18:4
**adult** [1] - 16:8
**adults** [1] - 9:10
**advise** [2] - 4:12, 17:18
**afoul** [1] - 15:4
**afternoon** [4] - 2:1, 2:2, 2:5, 2:10
**age** [4] - 15:20, 15:23, 16:2, 16:5
**agency** [1] - 14:25
**agree** [3] - 11:11, 12:5, 12:8
**agreed** [5] - 3:18, 4:13, 10:9, 10:13, 12:5
**agreed-upon** [3] - 3:18, 4:13, 10:9
**agreeing** [1] - 3:22
**agreement** [4] - 3:24,

7:17, 10:15, 11:2
**ahead** [2] - 7:4, 8:14
**aided** [1] - 20:10
**AIDED** [1] - 1:25
**alert** [1] - 8:8
**Aliceville** [2] - 17:7, 17:8
**allocution** [1] - 11:10
**allowing** [1] - 14:3
**almost** [3] - 10:24, 10:25, 17:18
**alternative** [1] - 17:5
**AMERICA** [1] - 1:5
**America** [1] - 2:6
**amount** [1] - 3:21
**amusement** [1] - 15:24
**AMY** [1] - 1:20
**Amy** [1] - 2:10
**answer** [1] - 13:4
**anticipated** [2] - 3:10, 4:5
**anxiously** [1] - 6:15
**anyplace** [1] - 15:22
**anyway** [1] - 5:8
**appeal** [3] - 17:18, 17:19, 17:21
**appear** [1] - 10:14
**apply** [1] - 15:2
**appreciate** [1] - 18:3
**approach** [1] - 10:10
**approaching** [1] - 10:14
**appropriate** [1] - 7:11
**approval** [1] - 13:21
**approved** [4] - 13:8, 15:16, 15:21, 15:25
**argument** [1] - 7:19
**articulate** [1] - 11:9
**ASA** [1] - 6:6
**aspect** [3] - 10:25, 13:18, 15:10
**aspirations** [1] - 13:14
**assault** [1] - 5:16
**assessment** [1] - 16:11
**assistant** [1] - 6:23
**attached** [2] - 5:25, 6:2
**attachments** [1] - 2:18
**attempts** [1] - 13:13
**attorney** [1] - 5:22
**ATTORNEY** [1] - 1:14
**attorneys** [2] - 12:22, 17:20
**August** [1] - 20:17
**aunt** [1] - 7:24
**available** [2] - 12:22, 14:9

## B

**background** [1] - 11:4
**bad** [2] - 9:17, 9:18
**based** [1] - 11:3
**become** [2] - 8:17, 9:9
**BEFORE** [1] - 1:10
**beginning** [1] - 12:25
**begun** [1] - 18:16
**behalf** [2] - 2:8, 2:11
**bench** [1] - 8:12
**best** [1] - 20:11
**better** [2] - 9:17, 9:23
**between** [1] - 12:3
**big** [1] - 8:21
**bound** [2] - 11:11, 12:5
**brought** [1] - 18:5
**Bureau** [1] - 17:4
**BY** [4] - 1:14, 1:15, 1:19, 1:20

## C

**calculated** [1] - 3:20
**calculates** [1] - 3:9
**calculating** [1] - 7:13
**calculation** [2] - 7:8, 10:3
**capable** [4] - 13:19, 14:2, 14:6, 15:15
**career** [1] - 13:14
**careful** [1] - 7:8
**Carswell** [2] - 16:22, 17:3
**case** [4] - 2:7, 10:23, 12:17, 15:14
**cases** [1] - 10:24
**caused** [1] - 8:16
**central** [1] - 18:18
**certify** [1] - 20:5
**CHAMBLE** [7] - 1:19, 7:23, 8:2, 14:10, 14:12, 14:16, 14:19
**Chamble** [1] - 2:11
**chance** [2] - 9:4, 9:23
**channel** [1] - 9:20
**charge** [1] - 5:16
**charges** [1] - 10:24
**CHASANOW** [1] - 1:10
**check** [5] - 5:19, 6:20, 6:24
**chief** [1] - 8:17
**child** [4] - 9:13, 10:1, 10:2, 16:9
**childhood** [1] - 8:22
**children** [2] - 9:10, 15:23
**circumstances** [3] -

7:13, 7:15, 18:10
**clearly** [1] - 7:17
**CLERK** [1] - 17:12
**client's** [1] - 7:24
**close** [1] - 10:22
**colleague** [1] - 2:9
**college** [1] - 8:21
**coming** [1] - 5:8
**commercial** [1] - 16:6
**communications** [1] - 6:5
**compelling** [1] - 8:7
**completed** [1] - 8:9
**completes** [1] - 18:25
**comply** [1] - 14:22
**computer** [7] - 13:19, 13:24, 13:25, 14:1, 14:5, 14:12, 20:10
**COMPUTER** [1] - 1:25
**computer-aided** [1] - 20:10
**COMPUTER-AIDED** [1] - 1:25
**computers** [3] - 14:9, 16:16, 16:18
**concerned** [1] - 12:25
**concerning** [2] - 8:12, 16:16
**concerns** [2] - 17:6, 18:4
**conclude** [2] - 11:20, 12:10
**concluded** [1] - 19:2
**conclusion** [1] - 11:7
**concurrent** [1] - 12:6
**condition** [1] - 15:4
**conditions** [8] - 4:16, 4:22, 4:23, 5:1, 5:2, 10:15, 13:6, 16:25
**conduct** [4] - 7:16, 10:3, 10:6, 11:2
**confer** [1] - 4:2
**conference** [1] - 8:12
**confidence** [3] - 5:10, 13:1, 13:3
**confirm** [1] - 6:11
**confront** [1] - 9:8
**confused** [1] - 6:1
**congregate** [1] - 15:22
**connecting** [1] - 15:15
**consequences** [1] - 9:2
**consider** [1] - 14:21
**consideration** [2] - 7:9, 7:21
**considering** [1] - 7:14
**contact** [5] - 15:13, 15:17, 15:19, 15:20, 16:1

contemplated [2] - 3:8, 10:17
contents [1] - 3:5
context [2] - 10:19, 11:25
continues [1] - 18:12
continuing [1] - 13:16
contribute [2] - 13:15, 18:19
control [1] - 14:7
conversations [1] - 6:23
convicted [1] - 15:1
cooperate [1] - 13:24
cooperating.)THE [1] - 8:13
coordinating [1] - 7:1
copies [1] - 17:2
correct [4] - 2:24, 16:19, 17:14, 20:5
correctly [1] - 20:7
counsel [4] - 6:8, 11:9, 18:3, 20:12
Counsel [2] - 2:2, 3:1
counseling [1] - 13:9
Count [1] - 9:25
count [2] - 10:5, 16:11
counts [1] - 17:12
Counts [3] - 12:7, 17:13, 17:15
Court [10] - 4:15, 6:15, 6:16, 6:18, 9:25, 10:8, 10:11, 20:3, 20:4, 20:17
COURT [37] - 1:1, 1:23, 2:1, 2:3, 2:13, 2:25, 3:4, 3:7, 3:13, 4:3, 4:9, 4:11, 4:25, 5:3, 5:8, 5:18, 6:20, 6:25, 7:4, 7:22, 8:1, 8:4, 8:13, 9:24, 14:11, 14:15, 14:17, 14:20, 16:20, 16:23, 17:8, 17:11, 17:13, 17:17, 18:16, 18:21, 18:25
court [5] - 5:15, 6:6, 8:5, 8:11, 10:7
courtroom [4] - 7:20, 7:23, 7:25, 9:22
Courts [1] - 12:23
credit [2] - 17:24, 18:1
crime [1] - 16:12
Criminal [1] - 2:6
CRIMINAL [1] - 1:5
CRR [2] - 1:24, 20:16
cycle [2] - 9:11, 9:12

**D**

date [1] - 20:7
dated [1] - 2:17
days [1] - 3:16
deal [1] - 16:5
DEBORAH [1] - 1:10
December [1] - 2:15
decide [3] - 3:23, 4:15, 17:22
decision [2] - 5:10, 18:13
decisions [3] - 8:25, 9:18, 12:17
deeply [1] - 8:15
Defendant [1] - 1:9
defendant [1] - 8:13
DEFENDANT [4] - 1:18, 8:15, 18:15, 18:20
defendant's [1] - 14:13
DEFENDER [1] - 1:19
defender [1] - 6:14
defense [5] - 2:17, 4:9, 4:19, 6:8, 12:8
demons [1] - 9:8
demonstrated [1] - 18:9
departure [4] - 3:19, 7:7, 10:18, 10:20
departure-type [1] - 10:18
DEPUTY [1] - 17:12
description [1] - 10:15
deserves [1] - 11:5
designated [1] - 16:22
designations [1] - 17:6
desire [1] - 18:9
despite [2] - 3:15, 10:10
details [1] - 7:21
detention [2] - 8:19, 18:7
deterred [1] - 12:2
deterring [1] - 11:25
developing [1] - 13:14
device [1] - 15:15
devices [6] - 13:20, 14:2, 14:6
difference [1] - 12:3
different [2] - 11:2, 16:17
difficult [1] - 8:22, 18:8
difficulty [1] - 10:25, 18:11
diligence [1] - 18:3

direct [3] - 13:7, 13:21, 14:24
directed [1] - 15:8
directly [1] - 10:20
discretion [1] - 14:17
discuss [1] - 8:3
dismiss [1] - 17:15
dismissal [1] - 17:12
disposition [4] - 3:18, 4:13, 5:12, 10:9
dispute [1] - 7:16
District [2] - 20:4
DISTRICT [3] - 1:1, 1:2, 1:11
DIVISION [1] - 1:3
DKC-14-0318 [1] - 1:5
DKC-14-318 [1] - 2:7
done [2] - 8:16, 9:3
double [1] - 5:19
dreams [1] - 8:21
due [2] - 3:15, 4:7
duration [1] - 4:16
during [1] - 8:6

**E**

early [1] - 12:24
educational [1] - 13:23
egregious [1] - 7:17
eight [4] - 7:9, 10:12, 11:12, 12:3
eight-year [1] - 12:3
either [3] - 3:18, 3:23, 11:24
electronic [1] - 13:20, 14:2, 14:6
electronically [1] - 17:2
emphasize [1] - 5:14
employment [3] - 13:13, 13:22, 14:16
encompass [1] - 16:4
encompassed [1] - 10:4
encompasses [2] - 10:3, 15:24
enter [1] - 17:1
entertain [1] - 12:23
ESQUIRE [4] - 1:14, 1:15, 1:19, 1:20
evaluation [1] - 13:9
Ewing [4] - 1:24, 20:3, 20:15, 20:16
examinations [1] - 14:5
exclude [1] - 8:5
excuse [2] - 8:1, 14:18
excuses [1] - 9:1
expect [2] - 12:18,

17:24
expedited [1] - 4:20
expense [2] - 14:4, 14:13
experience [3] - 11:5, 12:1, 18:7
experienced [1] - 11:17
exploded [1] - 8:24

**F**

face [2] - 9:22, 18:11
fact [3] - 3:15, 9:13, 14:13
factors [1] - 7:14
Facts [1] - 10:4
fair [1] - 5:7
far [2] - 5:9, 18:9
father [1] - 4:6
FCI [1] - 17:7
FEDERAL [1] - 1:19
felt [1] - 6:18
filed [1] - 6:11
filing [1] - 17:21
final [2] - 4:23, 4:24
finally [3] - 16:8, 17:17, 17:23
finances [1] - 13:14
financial [4] - 13:12, 13:17, 14:18, 16:13
fine [1] - 16:10
first [6] - 2:16, 5:11, 5:14, 7:15, 8:15, 11:14
FITZGIBBONS [16] - 1:20, 2:10, 2:23, 3:3, 3:6, 3:11, 4:10, 4:22, 5:1, 5:7, 5:21, 6:10, 6:21, 17:5, 17:10, 18:24
Fitzgibbons [2] - 2:11, 15:2
five [2] - 12:12
five-year [1] - 12:12
flag [1] - 12:17
FMC [1] - 16:22
follow [1] - 15:8
followed [1] - 7:10
FOR [3] - 1:2, 1:13, 1:18
foregoing [1] - 20:5
forfeiture [2] - 2:20, 16:15
forgotten [1] - 16:20
form [1] - 18:19
forth [2] - 7:17, 11:12
forward [3] - 7:5, 9:19, 18:14
Four [2] - 10:1, 12:7

frequented [1] - 15:22
Friday [4] - 5:17, 5:23, 6:10, 6:13
full [1] - 9:3
fund [1] - 16:12
future [3] - 13:18, 15:10, 18:19

**G**

gather [1] - 4:19
given [2] - 12:12, 18:8
goals [1] - 11:23
government [10] - 2:19, 3:16, 5:4, 5:13, 6:16, 7:6, 7:8, 7:12, 7:16, 17:15
government's [1] - 2:16
grandmother [1] - 4:6
grant [1] - 13:22
GREENBELT [1] - 1:12
Greenbelt [2] - 1:16, 1:21
growing [1] - 8:22
guess [2] - 4:19, 9:12
guideline [2] - 10:3, 10:20
guidelines [6] - 3:7, 7:7, 10:10, 11:6, 11:22, 12:12
guilty [2] - 5:15, 8:11

**H**

hand [1] - 12:8
happy [2] - 3:21, 5:13
hardware [1] - 14:4
HAYES [15] - 1:14, 2:5, 2:24, 3:12, 4:1, 4:4, 5:13, 5:19, 5:24, 6:22, 7:1, 7:5, 16:19, 17:14, 18:23
Hayes [2] - 2:4, 2:8
health [1] - 13:8
hear [1] - 3:22
hearing [1] - 11:16
help [4] - 11:18, 13:17, 16:12, 17:21
hereby [1] - 20:5
high [1] - 8:17
history [1] - 14:16
hmm [2] - 4:3, 14:11
Honor [29] - 2:2, 2:5, 2:10, 2:23, 2:24, 3:3, 3:6, 3:12, 4:1, 4:5, 4:10, 5:7, 5:13, 5:23, 5:24, 6:1, 6:10, 7:1, 7:3, 7:6, 7:19, 7:23,

8:15, 14:10, 16:19, 16:21, 17:10, 17:14, 18:23
**HONORABLE** [1] - 1:10
**hoping** [1] - 6:6
**hours** [2] - 15:19, 16:3
**hurt** [1] - 9:13

## I

**identifying** [1] - 14:1
**imagine** [1] - 6:16
**immediately** [2] - 8:5, 15:18
**important** [2] - 9:6, 15:10
**impose** [4] - 10:11, 12:6, 12:12, 16:10
**imposed** [2] - 10:16, 18:1
**imprisonment** [2] - 7:9, 10:11
**IN** [1] - 1:1
**incarcerated** [2] - 8:17, 11:21
**incarceration** [2] - 4:14, 11:12
**include** [4] - 4:21, 8:12, 13:9, 13:25
**included** [1] - 11:3
**including** [1] - 15:14
**indictment** [2] - 10:1, 17:16
**inflicted** [1] - 18:17
**information** [4] - 6:8, 6:12, 13:12, 13:17
**initial** [1] - 3:3
**installation** [1] - 14:3
**instead** [1] - 8:22
**intentional** [2] - 15:17, 16:2
**interested** [1] - 20:12
**Internet** [5] - 13:19, 14:1, 14:2, 14:5, 15:16
**involved** [1] - 8:5
**ironic** [1] - 10:5
**issue** [4] - 4:15, 4:19, 13:16, 16:7
**issued** [1] - 7:2
**issues** [6] - 3:4, 3:24, 4:7, 4:12, 6:17, 9:7
**issuing** [1] - 6:25
**Ivy** [2] - 1:15, 1:20

## J

**January** [4] - 2:15, 2:16, 6:3, 6:7

**JANUARY** [1] - 1:11
**John** [1] - 2:11
**JOHN** [1] - 1:19
**joined** [1] - 2:9
**jointly** [1] - 10:10
**JUDGE** [1] - 1:11
**judge** [1] - 12:18
**judgment** [2] - 17:1, 17:23

## K

**Katherine** [1] - 2:6
**KATHERINE** [1] - 1:8
**keep** [2] - 11:21, 18:18
**KELLY** [1] - 1:14
**Kelly** [1] - 2:8
**kin** [1] - 20:12
**kind** [3] - 9:10, 9:12, 10:5
**KRISTI** [1] - 1:15
**Kristi** [1] - 2:9

## L

**Lane** [1] - 1:15, 1:20
**laptop** [1] - 16:16
**late** [1] - 5:8
**law** [4] - 11:24, 12:11, 14:24, 15:2
**least** [7] - 3:16, 5:5, 10:14, 11:15, 12:17, 12:19, 17:24
**leave** [1] - 15:18
**length** [3] - 4:14, 12:3, 12:9
**less** [1] - 14:9
**letter** [3] - 2:16, 2:17, 2:19
**level** [1] - 12:19
**life** [4] - 9:16, 12:14, 13:5, 15:3
**lifetime** [2] - 5:5, 7:10
**light** [1] - 14:13
**limit** [2] - 12:9, 12:13
**limited** [3] - 3:21, 8:2, 13:13
**live** [1] - 14:25
**loiter** [1] - 15:22
**looking** [1] - 15:25
**love** [1] - 18:17
**lower** [1] - 11:5

## M

**ma'am** [1] - 18:20
**machine** [1] - 20:9
**mail** [1] - 15:14
**mandatory** [1] - 12:13
**March** [1] - 17:25

**marshal** [1] - 6:20
**marshals** [1] - 6:24
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [4] - 1:16, 1:21, 15:1, 20:4
**material** [2] - 3:14, 3:21
**matter** [3] - 6:3, 7:11, 20:7
**matters** [1] - 8:3
**maximum** [1] - 10:11
**mean** [1] - 9:6
**means** [4] - 9:15, 11:5, 15:1, 15:14
**member** [1] - 9:19
**memo** [1] - 6:11
**memorandum** [3] - 5:25, 6:2
**mental** [1] - 13:8
**method** [1] - 18:13
**might** [7] - 6:4, 6:12, 6:24, 11:6, 11:14, 11:22, 12:18
**minimize** [1] - 18:11
**minimum** [2] - 12:10, 12:11
**misfortune** [1] - 18:17
**moment** [2] - 4:2, 5:20
**MONDAY** [1] - 1:11
**money** [1] - 11:17
**monitoring** [5] - 13:24, 14:1, 14:4, 14:8, 14:12
**months** [2] - 10:12, 12:6
**most** [1] - 9:6
**motion** [2] - 2:18, 2:20
**move** [2] - 7:5, 7:18
**moves** [1] - 17:15
**moving** [1] - 6:18
**MR** [6] - 7:23, 8:2, 14:10, 14:12, 14:16, 14:19
**MS** [29] - 2:5, 2:10, 2:23, 2:24, 3:3, 3:6, 3:11, 3:12, 4:1, 4:4, 4:10, 4:22, 5:1, 5:7, 5:13, 5:19, 5:21, 5:24, 6:10, 6:22, 7:1, 7:5, 16:19, 16:21, 17:5, 17:10, 17:14, 18:23, 18:24
**must** [1] - 16:5

## N

**NASH** [1] - 1:8
**Nash** [12] - 2:6, 2:11, 3:2, 5:15, 7:18, 9:25,

11:5, 11:18, 12:2, 12:21, 17:17, 18:6
**Nash's** [2] - 6:14, 11:9
**nature** [2] - 7:15, 11:1
**near** [1] - 15:22
**necessarily** [4] - 3:23, 11:13, 12:16, 13:15
**necessary** [2] - 11:20, 11:23
**need** [7] - 4:12, 5:9, 6:12, 9:5, 9:8, 15:12, 18:22
**needed** [2] - 6:18, 16:24
**needs** [2] - 11:19, 12:21
**never** [5] - 8:18, 8:19, 9:14, 9:21
**new** [1] - 17:8
**newspaper** [1] - 8:18
**next** [1] - 8:6
**NO** [1] - 1:5
**NOEL** [1] - 1:15
**Noelle** [1] - 2:6
**NOELLE** [1] - 1:8
**normal** [1] - 13:6
**note** [1] - 17:23
**noted** [1] - 17:19
**NOTES** [1] - 1:25
**notice** [1] - 17:21
**Notification** [1] - 14:23
**numbers** [1] - 16:17

## O

**O'CONNELL** [1] - 1:14
**O'Malley** [1] - 2:9
**O'MALLEY** [1] - 1:15
**obligation** [1] - 14:18
**obtain** [1] - 16:5
**obviously** [1] - 18:3
**occurs** [1] - 15:18
**OF** [6] - 1:2, 1:5, 1:10, 1:14, 1:19, 1:25
**Offender** [1] - 14:22
**offender** [2] - 14:25, 15:7
**offense** [1] - 7:16
**offenses** [1] - 13:15
**office** [2] - 4:18, 12:15, 18:4
**OFFICE** [2] - 1:14, 1:19
**officer** [9] - 13:9, 13:21, 14:23, 15:8, 15:17, 15:19, 15:21, 16:1, 16:3
**OFFICIAL** [1] - 1:23
**Official** [1] - 20:3

**official** [1] - 20:17
**often** [1] - 14:18
**once** [1] - 8:9
**one** [6] - 3:13, 4:12, 5:19, 11:15, 11:19, 17:8
**One** [2] - 17:13, 17:15
**ones** [1] - 12:16
**opportunity** [1] - 3:1
**order** [3] - 2:20, 16:5, 16:15
**ordinary** [2] - 13:6, 16:5
**originally** [1] - 6:7
**otherwise** [4] - 11:6, 11:22, 15:17, 16:14
**outcome** [1] - 20:13
**outside** [1] - 8:8
**own** [1] - 9:13

## P

**P.M** [1] - 1:11
**p.m** [2] - 6:4, 19:2
**papers** [1] - 2:14
**parks** [2] - 15:23, 15:24
**partially** [1] - 10:8
**participate** [2] - 13:7, 15:7
**participating** [1] - 13:25
**particular** [1] - 12:22
**parties** [11] - 3:8, 3:19, 4:12, 8:4, 10:8, 10:9, 10:13, 10:18, 11:3, 15:16, 20:8
**parties'** [2] - 3:18, 3:23
**party** [1] - 20:12
**people** [4] - 12:1, 16:12, 18:9, 18:17
**people's** [1] - 14:9
**per** [1] - 16:11
**perhaps** [2] - 6:8, 13:13
**period** [1] - 8:2
**permission** [1] - 13:22
**permit** [1] - 18:10
**permitting** [1] - 14:4
**person** [5] - 9:15, 9:17, 9:23, 15:14, 15:18
**persons** [3] - 15:20, 16:1, 16:4
**perspective** [1] - 10:23
**persuaded** [1] - 11:16
**phase** [2] - 8:6, 8:9
**place** [2] - 12:14, 13:5

**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 1:13
**playground** [1] - 16:7
**playgrounds** [1] - 15:24
**plea** [9] - 3:24, 5:6, 5:25, 6:1, 7:17, 8:11, 10:17, 11:12, 11:15
**plead** [2] - 5:15, 10:5
**policy** [1] - 8:11
**pornography** [3] - 10:2, 16:9
**positive** [2] - 9:21, 18:10
**possession** [1] - 10:2
**possible** [3] - 8:8, 11:25, 12:19
**potentially** [1] - 10:17
**prepare** [1] - 17:1
**prepared** [1] - 4:24
**present** [2] - 2:12, 7:20
**presentation** [1] - 11:9
**presented** [3] - 3:16, 10:8, 10:18
**presentence** [2] - 2:14, 3:2
**presumptively** [1] - 13:22
**pretty** [1] - 5:8
**previously** [2] - 5:22, 20:7
**primarily** [2] - 13:4, 15:22
**Prisons** [1] - 17:4
**Probation** [1] - 11:3
**probation** [13] - 4:18, 12:15, 13:8, 13:21, 14:17, 14:23, 15:8, 15:17, 15:19, 15:21, 15:25, 16:3, 18:4
**problems** [2] - 13:2, 16:13
**proceeding** [3] - 5:15, 8:12, 19:1
**PROCEEDINGS** [1] - 1:10
**proceedings** [4] - 8:6, 10:7, 19:2, 20:6
**productive** [1] - 9:19
**program** [4] - 13:8, 14:1, 15:7, 15:9
**promise** [1] - 9:21
**promoting** [1] - 11:24
**promptly** [1] - 17:20
**proper** [1] - 8:23
**proposal** [1] - 7:14
**proposed** [3] - 5:11, 10:10, 11:11

**protection** [1] - 11:20
**provide** [2] - 13:11, 13:16
**provided** [1] - 11:8
**provision** [1] - 16:4
**psychological** [5] - 3:15, 10:25, 11:8, 11:17, 12:1
**public** [3] - 6:14, 9:9, 11:21
**PUBLIC** [1] - 1:19
**punishment** [1] - 11:24
**purposes** [2] - 6:4, 13:23
**put** [2] - 12:9, 14:21

**Q**

**quickly** [1] - 8:8
**quite** [3] - 3:14, 3:18, 3:19

**R**

**random** [1] - 14:5
**reach** [1] - 5:10
**reaction** [1] - 18:8
**really** [8] - 4:12, 6:15, 8:22, 9:4, 9:17, 9:18, 9:22, 12:12
**reason** [3] - 11:16, 15:5, 16:13
**reasonable** [1] - 18:13
**reasons** [1] - 8:7
**receive** [1] - 18:1
**received** [5] - 2:16, 2:17, 2:19, 2:21, 4:23
**recently** [1] - 3:15
**recognition** [1] - 11:4
**recognize** [1] - 18:16
**recognizes** [1] - 7:12
**recognizing** [1] - 7:6
**recollection** [1] - 10:22
**recommend** [1] - 16:21
**recommendation** [2] - 11:4, 17:3
**recommendations** [1] - 17:4
**recommended** [2] - 4:18, 4:21
**recorded** [1] - 20:9
**regard** [1] - 3:4
**regarding** [1] - 6:23
**register** [1] - 14:24
**Registration** [1] - 14:23

**registration** [1] - 14:25
**regulations** [1] - 15:9
**relates** [1] - 4:14
**release** [11] - 4:16, 5:5, 7:10, 10:14, 12:9, 12:14, 12:24, 13:5, 15:4, 16:9, 16:24
**reliable** [2] - 13:1
**remain** [3] - 3:24, 8:8, 18:10
**Renee** [4] - 1:24, 20:3, 20:15, 20:16
**repeated** [1] - 9:12
**reply** [1] - 2:2
**report** [2] - 2:14, 3:2, 3:5, 3:9, 3:15, 4:20, 4:23, 4:24, 11:8, 15:19
**reported** [1] - 16:2, 20:6
**Reporter** [2] - 20:3, 20:17
**REPORTER** [1] - 1:23
**representations** [1] - 7:24
**request** [1] - 10:18
**requested** [3] - 6:22, 8:4, 13:12
**requests** [1] - 12:23
**require** [1] - 13:11
**requirement** [1] - 15:5
**requirements** [2] - 10:20, 14:22
**requires** [1] - 14:24
**resistance** [1] - 6:17
**resolution** [2] - 7:11, 10:9
**resolve** [1] - 18:12
**respect** [1] - 11:24
**responsibility** [1] - 9:3
**rest** [2] - 9:16, 15:3
**results** [1] - 12:2
**return** [1] - 8:9
**review** [2] - 2:14, 3:1, 3:21
**rights** [1] - 17:18
**RMR** [2] - 1:24, 20:16
**root** [1] - 9:7
**RPR** [2] - 1:24, 20:16
**Rule** [1] - 4:13
**rules** [1] - 15:9
**run** [1] - 15:4

**S**

**Satellite** [1] - 16:16
**saw** [1] - 4:20
**schedule** [1] - 6:6

**scheduled** [2] - 6:3, 6:7
**school** [5] - 8:17, 8:18, 15:1, 15:23, 15:24
**schools** [1] - 15:23
**seal** [3] - 2:18, 7:20, 7:25
**searching** [1] - 10:22
**seated** [1] - 2:3
**second** [3] - 8:10, 9:4, 9:22
**security** [1] - 17:6
**see** [7] - 4:11, 6:15, 9:21, 13:12, 14:20, 15:6, 15:11
**seeking** [2] - 5:4, 8:23
**sense** [2] - 6:14, 7:18
**sensitive** [1] - 8:3
**sentence** [7] - 10:12, 11:6, 11:12, 11:23, 12:3, 17:25, 18:1
**sentenced** [1] - 5:16
**sentences** [1] - 12:6
**sentencing** [12] - 2:7, 3:17, 3:24, 6:2, 6:11, 6:18, 8:6, 8:12, 9:25, 11:16, 11:23, 12:17
**separately** [1] - 3:9
**serial** [1] - 16:17
**services** [1] - 16:6
**set** [6] - 5:15, 5:16, 7:13, 7:16, 7:19, 11:12
**several** [1] - 18:6
**Sex** [1] - 14:22
**sex** [2] - 14:25, 15:7
**sexual** [1] - 5:16
**shall** [1] - 13:13
**shape** [1] - 18:19
**short** [1] - 12:18
**shorthand** [1] - 20:9
**show** [1] - 18:12
**sic)** [1] - 6:4
**side** [2] - 4:9, 6:13
**sign** [1] - 16:15
**significant** [1] - 7:7
**similar** [3] - 13:20, 14:2, 14:6
**sit** [1] - 9:1
**society** [1] - 9:19
**software** [1] - 14:4
**someone** [1] - 15:6
**sorry** [1] - 8:16
**SOUTHERN** [1] - 1:3
**speaker** [1] - 9:9
**special** [2] - 10:15, 16:10
**sporadic** [1] - 14:16

**sports** [1] - 8:18
**standard** [1] - 5:2
**start** [1] - 5:14
**starting** [1] - 7:15
**state** [11] - 5:15, 5:22, 6:6, 6:13, 6:14, 6:18, 7:2, 10:7, 14:24, 17:25
**Statement** [1] - 10:4
**statements** [1] - 20:8
**STATES** [4] - 1:1, 1:5, 1:11, 1:14
**States** [3] - 2:6, 2:8, 20:4
**statutory** [1] - 10:11
**STEFFAN** [1] - 1:20
**stenographically** [1] - 20:6
**STENOTYPE** [1] - 1:25
**stepped** [1] - 12:20
**still** [1] - 12:22
**stop** [1] - 9:10
**student** [1] - 8:20
**subject** [1] - 10:6
**succeed** [1] - 13:3
**success** [1] - 13:14
**suggest** [2] - 11:6, 11:22
**Suite** [2] - 1:16, 1:21
**supervised** [10] - 4:16, 5:5, 7:10, 10:13, 12:9, 12:14, 12:23, 13:5, 15:4, 16:24
**supervision** [3] - 12:19, 13:6, 20:10
**suppose** [1] - 10:6
**suppressed** [1] - 8:24
**suspended** [1] - 8:19
**systems** [3] - 13:19, 14:1, 14:5

**T**

**telephone** [1] - 15:15
**term** [2] - 5:5, 7:10
**terminate** [1] - 12:23
**terms** [3] - 11:1, 12:10, 18:7
**terrible** [1] - 8:25
**testify** [1] - 4:7
**testimony** [1] - 20:8
**testing** [1] - 13:10
**THE** [45] - 1:1, 1:2, 1:10, 1:13, 1:14, 1:18, 1:19, 2:1, 2:3, 2:13, 2:25, 3:4, 3:7, 3:13, 4:3, 4:9, 4:11, 4:25, 5:3, 5:8, 5:18, 6:20, 6:25, 7:4, 7:22,

8:1, 8:4, 8:15, 9:24, 14:11, 14:15, 14:17, 14:20, 16:20, 16:23, 17:8, 17:11, 17:12, 17:13, 17:17, 18:15, 18:16, 18:20, 18:21, 18:25

**therapy** [1] - 9:16

**thereafter** [1] - 20:10

**thereof** [1] - 20:13

**third** [1] - 15:16

**thoroughly** [1] - 10:22

**Three** [2] - 10:1, 12:7

**today** [12] - 2:19, 3:22, 3:23, 3:25, 4:8, 11:10, 11:14, 12:9, 12:11, 13:23, 13:25, 17:20

**together** [1] - 18:5

**took** [1] - 11:15

**tools** [1] - 13:2

**Toshiba** [1] - 16:16

**total** [1] - 16:11

**touched** [1] - 16:24

**tough** [1] - 18:6

**transcribed** [1] - 20:10

**TRANSCRIPT** [1] - 1:10

**transcript** [1] - 20:6

**TRANSCRIPTION** [1] - 1:25

**transcription** [1] - 20:11

**transportation** [2] - 4:7, 10:1

**trauma** [2] - 11:17, 12:1

**treatment** [7] - 8:23, 9:5, 9:6, 13:8, 15:7, 15:9, 15:10

**trial** [1] - 6:7

**trouble** [1] - 8:19

**true** [1] - 20:5

**try** [4] - 9:1, 9:20, 9:23

**trying** [1] - 16:23

**two** [5] - 4:12, 16:16, 16:17, 17:19

**Two** [2] - 17:13, 17:15

**type** [2] - 10:18, 16:7

## U

**ultimately** [2] - 3:24, 5:10

**unannounced** [1] - 14:5

**unauthorized** [1] - 16:1

**under** [8] - 4:13, 7:19, 14:6, 15:20, 15:23,

16:1, 16:4, 20:10

**unfortunately** [3] - 4:7, 9:12, 11:25

**unique** [3] - 7:13, 10:21, 10:23

**United** [3] - 2:5, 2:8, 20:4

**UNITED** [4] - 1:1, 1:5, 1:11, 1:14

**unless** [3] - 15:16, 15:21, 15:25

**unlikely** [1] - 12:2

**unusual** [1] - 7:12

**up** [2] - 8:22, 17:17

**usual** [1] - 16:6

## V

**valiant** [1] - 13:12

**variance** [3] - 3:19, 7:7, 10:19

**via** [1] - 15:15

**victim** [1] - 15:13

**victim's** [2] - 4:5, 4:6

**victims** [1] - 16:12

**view** [1] - 11:1

**violations** [1] - 12:20

**volcano** [1] - 8:24

**vs** [1] - 2:6

## W

**waiting** [1] - 6:15

**wants** [1] - 5:11

**week** [1] - 5:17

**weeks** [1] - 17:19

**witness** [1] - 15:13

**witnesses** [2] - 3:25, 20:8

**wonder** [1] - 7:18

**writ** [6] - 6:4, 6:17, 6:21, 6:22, 6:25, 7:2

**writing** [3] - 2:22, 17:2, 17:19

## Y

**year** [2] - 12:3, 12:12

**years** [6] - 7:9, 10:12, 11:12, 12:10, 18:6